

# Fourth Court of Appeals
## San Antonio, Texas

April 21, 2016

No. 04-16-00184-CV

Ronald F. **AVERY**,
Appellant/Cross-Appellee

v.

Dylan **BADDOUR** and Hearst Communications, Inc.,
Appellees/Cross-Appellants

From the 2nd 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 15-2186-CV
Honorable W.C. Kirkendall, Judge Presiding

## O R D E R

Sitting:      Sandee Bryan Marion, Chief Justice
             Karen Angelini, Justice
             Marialyn Barnard, Justice

On April 15, 2016, appellees/cross-appellants, Dylan Baddour and Hearst Communications, Inc. (collectively, "Hearst"), filed an agreed motion that Hearst be allowed to consolidate their cross-issues with their appellees' brief. The motion is GRANTED, and the following deadlines and word limits are hereby ORDERED:

Ronald Avery's opening appellant's brief is due May 2, 2016, and is subject to a 15,000-word limit. *See* TEX. R. APP. P. 9.4(i)(1), (2)(B); TEX. R. APP. P. 38.6(a).

Hearst's combined opening appellees/cross-appellants' brief is due twenty days from the filing of Avery's brief, and is subject to a combined word limit of 30,000. *See* TEX. R. APP. P. 9.4(i)(1), (2)(B)-(C); TEX. R. APP. P. 38.6(a).

Avery's combined appellant/cross-appellee's reply brief is due twenty days after Hearst's combined appellees/cross-appellants' brief, and is subject to a 22,500-word limit. *See* TEX. R. APP. P. 9.4(i)(1), (2)(B)-(C); TEX. R. APP. P. 38.6(b).

Hearst's cross-appellants' reply brief is due twenty days after Avery's combined appellant/cross-appellee's brief, and is subject to a 7,500-word limit. *See* TEX. R. APP. P. 9.4(i)(1), (2)(C); TEX. R. APP. P. 38.6(b).

_____
Sandee Bryan Marion, Chief Justice


       IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 21st day of April, 2016.

_____
Keith E. Hottle
Clerk of Court